UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
PAULINE MARIE DARR                        CASE NO:    09-63229
                                          CHAPTER:    13
                                          JUDGE:      SHAPERO

        Debtors
_____/

## DEBTOR'S MOTION TO RETAIN OF INSURANCE PROCEEDS TO REPAIR RESIDENCE

**NOW COMES** Debtors, by and through her attorney, William R. Orlow, and in support of her objection states the following:

1. Debtor filed Chapter 13 Bankruptcy on July 27, 2009.

2. Debtor's Chapter 13 Plan was confirmed on December 22, 2009.

3. Debtor's Plan of Reorganization provides for the payment of a Class 5 claim to Green Tree Servicing payable in the amount of $15,500.00, with 6.875% interest thereon, to be paid over 60 months. The collateral securing creditor's claim is Debtor's residence.

4. Debtor's home has now become inhabitable due to a mold infestation and water damage. Debtor has made a claim to her insurance company, American Bankers Insurance Company of Florida, to make repairs to the residence. After inspection, American Bankers has determined that Debtor's repairs will cost $2750.38 and have issued a check in the names of Debtor, Matthew Good (Debtor's significant other) and Green Tree Servicing. (See attached documentation).

5. Debtor requests that she be allowed to retain the balance of these insurance proceeds to affect these emergency repairs to her home. Until such time as the repairs are made, Debtor is unable to reside in her residence.

6. Prior to filing this Motion, Debtor sought the concurrence of Green Tree Servicing, but was unable to come to a resolution on the matter as of this time.

7. Attached is a Proposed Order

**WHEREFORE** Debtor prays this Honorable Court grant her motion and grant what further relief this Court deems equitable and just.

Dated: July 19, 2010                    /s/ Corey M. Carpenter
                                        WILLIAM R. ORLOW (P41634)
                                        COREY M. CARPENTER (P67818)
                                        Attorney for Debtor
                                        24100 Woodward Avenue
                                        Pleasant Ridge, Michigan 48069
                                        248-584-2100
                                        Corey_Carpenter@comcast.net

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
PAULINE MARIE DARR　　　　　　　　　　　CASE NO:　09-63229
　　　　　　　　　　　　　　　　　　　　　　CHAPTER:　13
　　　　　　　　　　　　　　　　　　　　　　JUDGE:　　SHAPERO
　　　　**Debtors**
_____/

## ORDER GRANTING DEBTORS' MOTION TO RETAIN INSURANCE PROCEEDS TO REPAIR RESIDENCE

　　　　This matter having come on for hearing before the Court by way of the Debtor's Motion to Retain Insurance Proceeds, service having been made, no response being filed, a certificate of non-response being filed with the Court, and the Court being otherwise fully advised in the premises;

　　　　NOW THEREFORE;

　　　　**IT IS HEREBY ORDERED** that Debtor may utilize the insurance proceeds received from American Bankers Insurance Company of Florida to affect emergency repairs to her residence located at 59133 Faye St., New Haven, MI 48048

　　　　**IT IS FURTHER ORDERED** that Green Tree Servicing and/or its representative(s) shall, within twenty-four (24) hours of this order, endorse to Debtor said insurance proceeds.

　　　　**IT IS FURTHERORDERED** that Debtor shall, within thirty (30) days of completing repairs to her residence, provide proof of expenses for such repairs to the secured creditor Green Tree Servicing, which holds a perfected security lien on Debtor's residence.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
PAULINE MARIE DARR            CASE NO:   09-63229
                                                    CHAPTER:   13
                                                    JUDGE:   SHAPERO

       **Debtors**
_____/

**NOTICE OF DEBTOR'S MOTION RETAIN INSURANCE PROCEEDS TO REPAIR RESIDENCE**

       Corey M. Carpenter has filed papers with the Court.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **WITHIN 14 DAYS,** you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at

                 United States Bankruptcy Court
                 211 W. Fort Street, Suite 2100
                 Detroit, Michigan 48226

       If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:
                 William R. Orlow
                 Attorney for Debtor(s)
                 24100 Woodward
                 Pleasant Ridge, MI 48069

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

       **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: July 19, 2010                     /s/ Corey M. Carpenter
                                                    **William R. Orlow (P41634)**
                                                    **Corey M. Carpenter (P67818)**
                                                    **Attorney for Debtor**
                                                    **24100 Woodward**
                                                    **Pleasant Ridge, MI 48069**
                                                    **(248) 584-2100**
                                                    corey_carpenter@comcast.net

IN RE:
PAULINE MARIE DARR                          CASE NO:   09-63229
                                            CHAPTER:   13
                                            JUDGE:     SHAPERO

    **Debtors**
_____/

## CERTIFICATE OF SERVICE

**COREY M. CARPENTER,** hereby certifies that on **July 19, 2010,** he served the **Debtor's Motion To Retain Insurance Proceeds To Repair Residence, Proposed Order, Notice Of Debtor's Motion And Certificate Of Service,** in said case upon the following parties via the Court's ECF filing system upon:

TAMMY L. TERRY
CHAPTER 13 STANDING TRUSTEE
535 GRISWOLD ST, STE. 2100
DETROIT, MI 48226

GREEN TREE SERVICING
C/O GARY ROGERS
124 WEST ALLEGAN, STE. 1000
LANSING, MI 48933

And via Regular First Class Mail upon:

*****All Creditors on the Attached Matrix*****

                          Respectfully submitted,

                          /s/ Corey M. Carpenter
                          Corey M. Carpenter (P67818)
                          Attorney for Debtor
                          24100 Woodward Avenue
                           Pleasant Ridge, MI 48069
                          (248) 584-2100
                          Corey_carpenter@comcast.net

```
Label Matrix for local noticing          Green Tree Servicing LLC (as assignee of Gre    42-2 Judicial District Court
0645-2                                   c/o Gary C. Rogers                              Acct No 073463GC
Case 09-63229-wsd                        124 W. Allegan, Suite 1000                      35071 23 Mile Road
Eastern District of Michigan             Lansing, MI 48933-1716                          New Baltimore, MI 48047-3649
Detroit
Sat Jul 17 09:59:16 EDT 2010

42-2 Judicial District Court             42-2 Judicial District Court                    ATT
Acct No 08-3764-GC                       Acct No 081346GC                                Acct No 24222659
35071 23 Mile Road                       35071 23 Mile Road                              C/o West Asset Management
New Baltimore, MI 48047-3649             New Baltimore, MI 48047-3649                    2703 N. Highway 75
                                                                                         Sherman, TX 75090-2567

ATT/SBC/-Michigan FACC                   Bank of America DDA                             CAPITAL ONE BANK (USA), N.A.
Acct No D100AME5095088040                Acct No 9317886                                 C/O TSYS DEBT MANAGEMENT (TDM)
C/o Debt Credit Services                 C/o Client Services Inc                         PO BOX 5155
2493 Romig Rd.                           3451 Harry S. Truman Blvd.                      NORCROSS, GA 30091-5155
Akron, OH 44320-4109                     Saint Charles, MO 63301-4047

Capital One                              Cash Connection c/o JJ Marshall                 Christian Financial Credit Union
Acct No 517805246852                     6060 Collection Dr                              Acct No 206000002841
PO Box 30281                             PO Box 182190                                   18441 Utica Rd.
Salt Lake City, UT 84130-0281            Shelby Township MI 48318-2190                   Roseville, MI 48066-4202

Christian Financial Credit Union         DTE Energy                                      First Premier Bank
c/o Butler, Butler & Rowse-Oberle PLLC   One Energy Plaza                                Acct No 517800733150
24525 Harper Ave. Ste. 2                 2160 WCB                                        601 S. Minnesota Ave.
St. Clair Shores, MI 48080-1286          Detroit, MI  48226                              Sioux Falls, SD 57104-4824

Fitness USA Supercenters                 General Radiology Associates                    General Radiology Associates
Acct No 7426                             Acct No 123164976                               Acct No 124348288
C/o National Credit Corp                 C/o Credit Services Inc.                        C/o Credit Services Inc.
7091 Orchard Lake Rd.                    304 Quincy St.                                  304 Quincy St.
West Bloomfield, MI 48322-3654           Hancock, MI 49930-1802                          Hancock, MI 49930-1802

General Radiology Associates P.C.        (c)GREEN TREE SERVICING LLC                     (p)GREENTREE SERVICING LLC
c/o Credit Services Inc.                 ACCT NO 5250                                    BANKRUPTCY DEPARTMENT
Ste. 200                                 332 MINNESOTA ST STE E610                       P O BOX 6154
Marquette, MI 49855                      SAINT PAUL MN  55101-1311                       RAPID CITY SD 57709-6154

Green Tree Servicing LLC                 Green Tree Servicing LLC                        HENRY FORD MACOMB C/O MMCC
PO BOX 0049                              c/o Gary Rogers                                 ACCT# xxx3651
PALATINE, IL  60055-0049                 124 W. Allegan                                  6324 TAYLOR DR. FLINT, MI 48507
                                         Suite 1000
                                         Lansing, MI 48933-1716

HENRY FORD MACOMB C/O MMCC xxx2920       MCG E.R. C/O MMCC                               MCG ER Charles MOK DO PC
6324 TAYLOR DR.                          ACCT# xxx4432                                   Acct No 3897413
FLINT, MI 48507-4680                     6324 TAYLOR DR. FLINT, MI 48507                 C/o Merchants & Medical
                                                                                         6324 Taylor Dr.
                                                                                         Flint, MI 48507-4680

MCG ER Glenn A Delong DO                 MCG ER Glenn A Delong DO                        Matthew Good
Acct No 4484432                          Acct No 4595982                                 59133 Faye St.
C/o Merchants & Medical                  C/o Merchants & Medical                         New Haven, MI 48048-2055
6324 Taylor Dr.                          6324 Taylor Dr.
Flint, MI 48507-4680                     Flint, MI 48507-4680
```

| | | |
|---|---|---|
| Midwest Diagnostic Imaging<br>Acct No 314360333308<br>C/o Accurate Account Solutio<br>4631 W. Walton Blvd.<br>Waterford, MI 48329-3536 | Mohammad K. Al-Zouhayli MD<br>Acct No 081346GC<br>C/o Richard Muller, Esq<br>33233 Wooward<br>PO Box 3026<br>Birmingham, MI 48012-3026 | Mohammad K. Al-Zouhayli MD<br>Acct No 1118343<br>C/o Congress Collection Corp.<br>24901 Northwestern Hwy.<br>Ste. 300<br>Southfield, MI 48075-2207 |
| Mt. Clements Reg. Med. Ctr.<br>Acct No 073463GC<br>C/o Paul Ingber, Esq.<br>3000 Town Center Ste. 2390<br>Southfield, MI 48075-1122 | Premier Bank Card, Inc.<br>Acct No 44707050<br>Arrow Financial Service<br>5996 W. Touhy Ave.<br>Niles, IL 60714-4610 | Riverbrook Trailer Park<br>59477 Hardy Lane<br>New Haven, MI 48048-2065 |
| Security Check LLC<br>Acct No 841<br>2612 Jackson Ave. W.<br>Oxford, MS 38655-5405 | Semco Energy<br>Acct No 036888501<br>PO Box 740812<br>Cincinnati, OH 45274-0812 | Sprint<br>Acct No 11483735<br>C/o Harvard Collection<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 |
| Sprint<br>Acct No 15932721<br>C/o Enhanced Recovery Corpor<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Sprint<br>Acct No 18078587<br>C/o Enhanced Recovery Corpor<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 | St Clair Estates c/o JJ Marshall<br>6060 Collection Dr<br>PO Box 182190<br>Shelby Township MI 48318-2190 | St. Clair Estates Clinton Twp.<br>Acct No 08-3764-GC<br>C/o Dean J. Ausilio, Esq<br>6060 Collection Dr. #100<br>Shelby Twp., MI 48316-4946 |
| St. Clair Estates Clinton Twp.<br>Acct No 1170661<br>C/o JJ Marshall & Assoc<br>6060 Collection Dr.<br>Shelby Twp., MI 48316-4946 | St. John Macomb ER Physicians<br>Acct No 65393<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 | St. John Macomb ER Physicians<br>Acct No 98094376<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 |
| St. John Medical Resource Group<br>Acct No 5129812<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 | U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |
| Carla Mitri<br>Orlow and Cardasis<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | Corey M. Carpenter<br>24100 Woodward Ave<br>Pleasant Ridge, MI 48069-1138 | Pauline Marie Darr<br>59133 Faye St.<br>New Haven, MI 48048-2055 |
| Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | William R. Orlow<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Green Tree Servicing LLC              (d)Green Tree Servicing LLC            (d)Green Tree Servicing LLC
Acct No 525022703                     Bankruptcy Department                  PO Box 6154
Mailstop L 800M                       P.O. Box 6154                          Rapid City, SD  57709-6154
800 Landmark Tower's                  Rapid City, SD  57709
345 St. Peter St.
Saint Paul, MN 55102
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Green Tree Servicing LLC
Acct No 5250
332 Minnesota St.
Ste. 610
Saint Paul, MN 55101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Christian Financial Credit Union           End of Label Matrix
                                              Mailable recipients   55
                                              Bypassed recipients    1
                                              Total                 56
```



CLAIM NO: 0010840090
NUMBER: CIM170175900
COVERAGE: CIMPLE Comp Plus
INSURED NAME: PAULINE DARR

BELOW IS A BREAKDOWN OF THE PAYMENT AMOUNT:
REPAIR/REPLACEMENT: 4,213.22
LESS RECOVERABLE DEPRECIATION: 850.48
LESS NON-RECOVERABLE DEPRECIATION: 112.36
LESS RECOVERABLE OVERHEAD & PROFIT:
LESS DEDUCTIBLE: 500.00
PAYMENT AMOUNT: 2,750.38

MEMO 59133 Pays (St. New Haven MI 48048 f
Mail to: PAULINE DARR
59133 PAYE ST # 311
To: 42855 GARFIELD STE 109
NEW HAVEN MI 48048 2055

LOAN NO:
OPERATOR ID: CADYYD
Check # 61018789

---

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, Florida 33157-6596
(305) 253-2244 / FAX (305) 253-6987

1760-09
62-26
311

CHASE MANHATTAN BANK USA, N.A.
1201 Market Street
Wilmington, Delaware 19801

Check # 61018789
Date Issued 06/03/2010
PAY $********2,750.38

Pay to
the Order
of:
PAULINE DARR
AND MATTHEW GOOD
AND GREEN TREE SERVICING LLC

PAY: Two Thousand Seven Hundred Fifty and 38/100 Dollars

Ana Glazin
[signature]

Insured      PAULINE DARR
Claimant     PAULINE DARR
Number       CIMCIM170175900
Claim No.    0010840090
Cause Of Loss WATER DAMAGE

Payment Type
Sub Producer Code 0593000
Date Of Loss    03/01/2010

⑇06⓪⓵⓼⓻⓼⓽⓽⑇ ⑉0⓶⓵⓷0⓽⓷⓻⓽⑉ ⓺⓷0⓵⓹⓵⓻⓺0⓻ ⓹0⓽⑇



# ASSURANT
## Specialty Property

260 Interstate N. Circle, SE
Atlanta, GA 30339-2210
T 770.763.1000
F 770.859.4403

11222 Quail Roost Drive
Miami, FL 33157-6596
T 305.253.2244
F 305.252.6987
www.assurant.com

**American Bankers Insurance Company of FL**

June 3, 2010

PAULINE DARR
59133 FAYE ST # 313 42855 GARF
NEW HAVEN, MI 48048-2055

Additional Insured : Green Tree Servicing
Policy # : CIM170175900
Claim # : 00100840090
Date of Loss : 3/1/2010
Cause of Loss : Water Damage

Our review of your Water Damage claim has been completed. A check in the amount of $2,750.38 has been requested and will be mailed to you under a separate cover. A copy of the estimate is included for your review.

Below is an explanation of the payment:

| | |
|---|---|
| RCV Loss : | $4,213.22 |
| Less recoverable depreciation : | - $850.48 |
| Less non-recoverable deprecation: | $112.36 |
| ACV of loss : | $3,250.38 |
| Less deductible : | $500.00 |
| Net Loss | $2,750.38 |

You may make claim for recoverable depreciation under you policy. You must complete repair or replacement within 180 days of the loss to claim recoverable depreciation. Depreciation on carpet is not recoverable.

Be sure to include your claim or policy number on any correspondence sent to us.

David Robinson
Field Staff Adjuster
Assurant Claims
(248)207-9207
(866)728-7098 fax

This correspondence is written without prejudice to the parties herein involved and is not meant to be nor should it be considered to be a waiver of any of your rights or ours.

| INSURED | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 |
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 |
| | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 |
| COMPANY | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 |
| | | OUR FILE NUMBER | : 00100840090 |
| | | ADJUSTER NAME | : ROBINSON, DAVID |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---:|---:|---:|
| **Repair Item Totals** | $3,453.50 | $783.15 | $2,670.35 |
| General Contractor Overhead (10.0%) | $345.35 | $78.32 | $267.03 |
| General Contractor Profit (10.0%) | $345.35 | $78.32 | $267.03 |
| Estimate Totals With O&P | $4,144.20 | $939.79 | $3,204.41 |
| Applicable Sales Tax Rate: 6.00% (Includes M) | $69.02 | $23.05 | $45.97 |
| Estimate Grand Totals | $4,213.22 | $962.84 | $3,250.38 |
| Less Deductible | ($500.00) | | ($500.00) |
| **BUILDING FINAL TOTALS** | **$3,713.22** | **$962.84** | **$2,750.38** |

| | |
|---|---:|
| **RECOVERABLE DEPRECIATION *** | $850.48 |
| **NON-RECOVERABLE DEPRECIATIO** | $112.36 |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage li
Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

SIMSOL®                                                   Total Page

| INSURED | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 |
| --- | --- | --- | --- |
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 |
| | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 |
| COMPANY | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 |
| | : | OUR FILE NUMBER | : 00100840090 |
| | : | ADJUSTER NAME | : ROBINSON, DAVID |

# TRADE BREAKDOWN SUMMARY

| TRADE/SUBTRADE CLASSIFICATION | | RCV | DEP | ACV |
| --- | --- | --- | --- | --- |
| 1.0 | GEN. CONDITIONS | $78.80 | $0.00 | $78.80 |
| 2.0 | SITE WORK | $1,001.82 | $0.00 | $1,001.82 |
| 6.0 | CARPENTRY | $755.20 | $181.62 | $573.58 |
| 7.0 | MOISTURE PROTECT | $67.03 | $14.75 | $52.28 |
| 9.0 | FINISHES | $1,133.83 | $586.78 | $547.05 |
| 12.0 | FURNISHINGS | $34.98 | $0.00 | $34.98 |
| 15.0 | MECHANICAL | $379.78 | $0.00 | $379.78 |
| 16.0 | ELECTRICAL | $2.06 | $0.00 | $2.06 |
| ALL TRADES TOTAL | | $3,453.50 | $783.15 | $2,670.35 |

**The estimate totals displayed in the above trade appendix do not reflect the final estimate totals. Please refer to the Estimate Totals Page printout for the complete and final totals for this estimate.**

SIMSOL®

Page: D.1

| INSURED   | : PAULINE DARR                          | DATE OF REPORT   | : 6/3/2010        |
|-----------|------------------------------------------|------------------|-------------------|
| LOCATION  | : 59133 FAYE ST # 313 RIVER BROO        | DATE OF LOSS     | : 3/1/2010        |
|           | : NEW HAVEN, MI 48048-2055              | POLICY NUMBER    | : CIM170175900    |
| COMPANY   | : American Bankers Insurance Com        | CLAIM NUMBER     | : 00100840090     |
|           |                                          | OUR FILE NUMBER  | : 00100840090     |
|           |                                          | ADJUSTER NAME    | : ROBINSON, DAVID |

# ESTIMATE SUMMARY TOTALS

| AREA/GROUP DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| Building Estimate | $1,501.29 | $607.01 | $894.28 |
| — Bedroom 1 | $1,302.21 | $176.14 | $1,126.07 |
| — Bathroom | $650.00 | $0.00 | $650.00 |
| — General | | | |
| **ESTIMATE TOTALS:** | **$3,453.50** | **$783.15** | **$2,670.35** |

| INSURED  | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 |
|---|---|---|---|
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 |
|          | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 |
| COMPANY  | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 |
|          |   | OUR FILE NUMBER | : 00100840090 |
|          |   | ADJUSTER NAME | : ROBINSON, DAVID |

# ESTIMATE SUMMARY DETAILS

| AREA/GROUP DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| **Building Estimate** | | | |
|   Ungrouped Areas | | | |
|     Bedroom 1 | $1,501.29 | $607.01 | $894.28 |
|     Bathroom | $1,302.21 | $176.14 | $1,126.07 |
|     General | $650.00 | $0.00 | $650.00 |
|     **Totals for Ungrouped Areas** | **$3,453.50** | **$783.15** | **$2,670.35** |
|     Contractor O & P for Ungrouped Areas | $690.70 | $156.64 | $534.06 |
|     Sales Tax for Ungrouped Areas | $69.02 | $23.06 | $45.96 |
|     **Grand Totals for Ungrouped Areas** | **$4,213.22** | **$962.85** | **$3,250.37** |
|     Estimate Additional Items (Including Tax) : | $0.00 | $0.00 | $0.00 |
|     Rounding Adjustments : | $0.00 | ($0.01) | $0.01 |
| **ESTIMATE GRAND TOTALS:** | **$4,213.22** | **$962.84** | **$3,250.38** |

| INSURED  | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 |
|---|---|---|---|
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 |
|  | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 |
| COMPANY | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 |
|  | : | OUR FILE NUMBER | : 00100840090 |
|  | : | ADJUSTER NAME | : ROBINSON, DAVID |

# BUILDING ESTIMATE

## ESTIMATE RECAP

| Estimate Grand Totals: | $4,213.22 | | |
|---|---|---|---|
| Total Depreciation: | $962.84 | Recoverable Depreciation | $850.48 |
| A.C.V. Estimate Totals: | $3,250.38 | Non-Recoverable Depreciation: | $112.36 |
| Policy Deductible: | $500.00 | Total Depreciation: | $962.84 |
| Final Totals: | $2,750.38 | | |

## ESTIMATE COMMENTS

09-63229-wsd    Doc 60    Filed 07/19/10    Entered 07/19/10 11:52:03    Page 14 of 16

SIMSOL®

Cover Page

| INSURED | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 |
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 |
| | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 |
| COMPANY | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 |
| | | OUR FILE NUMBER | : 00100840090 |
| | | ADJUSTER NAME | : ROBINSON, DAVID |

**Estimate Section: Bathroom - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1.0 EA | Re-install Cover for Outlet or Switch | $2.06 | $2.06 | | $2.06 |
| | Totals For Bathroom | | $1,302.21 | $176.14 | $1,126.07 |

**Estimate Section: General**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1.0 EA | 20 Yard Dumpster Rental | $425.00 | $425.00 | | $425.00 |
| 1.0 EA | Medium Load Debris Removal | $225.00 | $225.00 | | $225.00 |
| | Totals For General | | $650.00 | $0.00 | $650.00 |

| | | | |
|---|---|---|---|
| Repair Item Totals | $3,453.50 | $783.15 | $2,670.35 |
| General Contractor's Overhead (10.0%) | $345.35 | $78.32 | $267.03 |
| General Contractor's Profit (10.0%) | $345.35 | $78.32 | $267.03 |
| Estimate Totals With OHP | $4,144.20 | $939.79 | $3,204.41 |
| Applicable Sales Tax | $69.02 | $23.05 | $45.97 |
| Estimate Grand Totals | $4,213.22 | $962.84 | $3,250.38 |
| Policy Deductible | ($500.00) | | ($500.00) |
| BUILDING FINAL TOTALS | $3,713.22 | | $2,750.38 |
| Recoverable Depreciation | | $850.48 | |
| Non-Recoverable Depreciation | | $112.36 | |

| | | | | | |
|---|---|---|---|---|---|
| INSURED | : PAULINE DARR | DATE OF REPORT | : 6/3/2010 | | |
| LOCATION | : 59133 FAYE ST # 313 RIVER BROO | DATE OF LOSS | : 3/1/2010 | | |
| | : NEW HAVEN, MI 48048-2055 | POLICY NUMBER | : CIM170175900 | | |
| COMPANY | : American Bankers Insurance Com | CLAIM NUMBER | : 00100840090 | | |
| | | OUR FILE NUMBER | : 00100840090 | | |
| | | ADJUSTER NAME | : ROBINSON, DAVID | | |

**Estimate Section:** Bedroom 1

Bedroom 1 .................................................. 9' 3.0" x 10' 5.0" x 7' 8.0"
Window .......................................................... 3' x 4' (Sill @ 2')
Offset ............................................................ 1' 7.0" x 2' 11.0" x 7' 8.0"
Door .............................................................. 2' 6.0" x 6' 8.0"

| Lower Perimeter: | 40.00 LF | Floor SF: | 101.00 SF | Wall SF: | 297.20 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 42.50 LF | Floor SY: | 11.22 SY | Ceiling SF: | 101.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 101.0 SF | Remove Floor Insulation | $0.12 | $12.12 | | $12.12 |
| 101.0 SF | Replace Floor Insulation | $0.49 | $49.49 | $10.89 | $38.60 |
| 101.0 SF | Remove Particle Board Subflooring | $0.67 | $67.67 | | $67.67 |
| 101.0 SF | Replace Particle Board Subflooring | $0.95 | $95.95 | $10.55 | $85.40 |
| 11.2 SY | Remove Carpeting | $1.16 | $12.99 | | $12.99 |
| 12.0 SY | Replace Carpeting | $21.56 | $258.72 | $77.62 | $181.10 |
| 11.2 SY | Remove Carpet Pad | $0.56 | $6.27 | | $6.27 |
| 11.2 SY | Replace Carpet Pad | $3.92 | $43.90 | $13.17 | $30.73 |
| 150.0 SF | Remove Mobile Home Wall Panels | $0.39 | $58.50 | | $58.50 |
| 150.0 SF | Replace Mobile Home Wall Panels | $3.55 | $532.50 | $426.00 | $106.50 |
| 297.2 SF | Paint / Finish Mobile Home Wall Panels | $0.58 | $172.38 | $43.09 | $129.29 |
| 40.0 LF | Remove Base Moulding | $0.39 | $15.60 | | $15.60 |
| 40.0 LF | Replace Base Moulding | $1.59 | $63.60 | $17.49 | $46.11 |
| 40.0 LF | Paint / Finish Base Moulding | $0.82 | $32.80 | $8.20 | $24.60 |
| 1.0 LS | Average Room Move & Reset Contents | $78.80 | $78.80 | | $78.80 |
| | **Totals For Bedroom 1** | | **$1,501.29** | **$607.01** | **$894.28** |

**Estimate Section:** Bathroom

Bathroom .................................................. 5' x 7' 2.0" x 7' 8.0"

| Lower Perimeter: | 24.30 LF | Floor SF: | 35.80 SF | Wall SF: | 186.60 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 24.30 LF | Floor SY: | 3.98 SY | Ceiling SF: | 35.80 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 35.8 SF | Remove Floor Insulation | $0.12 | $4.30 | | $4.30 |
| 35.8 SF | Replace Floor Insulation | $0.49 | $17.54 | $3.86 | $13.68 |
| 23.3 SF | Remove Underlayment Subflooring | $0.67 | $15.61 | | $15.61 |
| | FSA subtracted for the area under the bathtub. | | | | |
| 23.3 SF | Replace Underlayment Subflooring | $1.20 | $27.96 | $3.08 | $24.88 |
| 35.8 SF | Remove Particle Board Subflooring | $0.67 | $23.99 | | $23.99 |
| 35.8 SF | Replace Particle Board Subflooring | $0.95 | $34.01 | $3.74 | $30.27 |
| 2.6 SY | Remove Sheet Vinyl Flooring | $2.21 | $5.75 | | $5.75 |
| 2.6 SY | Replace Sheet Vinyl Flooring | $20.73 | $53.90 | $10.78 | $43.12 |
| 23.3 SF | Prep Floor for Sheet Vinyl Flooring | $0.67 | $15.61 | $3.12 | $12.49 |
| 186.6 SF | Remove Hardboard Embossed Wall Paneling | $0.67 | $125.02 | | $125.02 |
| 186.6 SF | Replace Hardboard Embossed Wall Paneling | $2.86 | $533.68 | $146.76 | $386.92 |
| 14.3 LF | Remove Rubber / Vinyl Base | $0.28 | $4.00 | | $4.00 |
| 14.3 LF | Replace Rubber / Vinyl Base | $1.68 | $24.02 | $4.80 | $19.22 |
| 2.0 LF | Re-install Vanity Cabinetry | $17.49 | $34.98 | | $34.98 |
| 1.0 EA | Re-install Bathtub | $168.88 | $168.88 | | $168.88 |
| 1.0 EA | Re-install Fiberglass Tub Enclosure | $66.42 | $66.42 | | $66.42 |
| 1.0 EA | Re-install Toilet | $78.81 | $78.81 | | $78.81 |
| 1.0 EA | Re-install Sink | $65.67 | $65.67 | | $65.67 |