**UNITED STATES BANKRUPTCY COURT**

**IN THE EASTERN DISTRICT OF MICHIGAN**

_____

In re:

Pauline Marie Darr,                        File No.: 09-63229 WS
                                                      Chapter 13 Proceeding
                                                      Hon. Walter Shapero

           Debtor.

_____

**ORDER REGARDING INSURANCE CHECK**

        The Court having reviewed the Stipulation Regarding Insurance Check and being otherwise fully advised;

        IT IS HEREBY ORDERED as follows:

1. Pauline Darr shall, within seven calendar days of the date of entry of this order, produce to her attorney the check numbered 610187899 issued on June 3, 2010, by American Bankers Insurance Company of Florida ("Check"). The Check shall be endorsed by both Ms. Darr and Mr. Matthew Good.

2. Upon receipt of the fully endorsed Check as described above, Green Tree Servicing LLC ("GT") will endorse and negotiate the Check and issue a new check in the same amount as "made payable to BOC Law Group PC" and send it to Debtor's counsel to be deposited in its client trust account.

3. Ms. Darr shall produce the following documentation to her attorney within 14 calendar days of the date of entry of this order: 1) clearly labeled photographs showing the area that has been damaged; 2) a copy of the insurance adjuster's itemized estimate of damage; 3) an itemized written estimate from <u>each</u> contractor providing a service; and 4) a properly completed W-9 form from <u>each</u> contractor providing a service. Upon receipt by GT of this supporting documentation, GT will agree to Debtor's counsel issuing a check to Ms. Darr for 50% of the Check proceeds.

4. Ms. Darr shall have 30 calendar days from the date she receives a check from her counsel, pursuant to paragraph 3, by which to complete all repairs.

5. Ms. Darr shall produce a signed certification of completion and clearly labeled photographs showing the repaired area to her attorney within seven calendar days of the repairs being completed. Upon receipt of these items and satisfactory review by GT, GT will agree to release the remaining proceeds to Ms. Darr.

6. Debtor's counsel shall provide a photocopy to GT of any check issued to Ms. Darr in connection with this order upon issuance of such check.

7. Debtor's counsel will not release any money to Ms. Darr without either the express written consent of GT (which can include an email from GT's counsel) or an order of the Court.
   .

**Signed on August 12, 2010**

                                         **/s/ Walter Shapero**
                                         **Walter Shapero**
                                         **United States Bankruptcy Judge**

8.