UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
PAULINE MARIE DARR    CASE NO:   09-63229
    CHAPTER:   7
    JUDGE:     SHAPERO

    Debtors
_____/

## DEBTOR'S MOTION TO RETAIN OF INSURANCE PROCEEDS

**NOW COMES** Debtors, by and through her attorney, William R. Orlow, and in support of her objection states the following:

1. Debtor filed Chapter 13 Bankruptcy on July 27, 2009.

2. Debtor's Chapter 13 Plan was confirmed on December 22, 2009.

3. Debtor converted to Chapter 7 Bankruptcy on or about November 16, 2010.

4. Debtor's home has now become inhabitable due to a mold infestation and water damage.

5. On July 19, 2010, Debtor filed a Motion to Allow her to Retain Insurance Proceeds to Make Repairs (Docket #60). The Bankruptcy Court entered an Order allowing Debtor to Retain said proceeds, with conditions, on August 12, 2010 (Docket #68).

6. However, due to a number of factors, including, but not limited to: a) the length of time from the initial damage to Debtor's residence until Debtor was able to obtain an Order from this Court addressing the insurance proceeds; and b) the further delay subsequent to the Court's August 12, 2010 Order due to administrative issues with the company contracted to make the repairs, the damage to Debtor's residence has progressed to the point where the funds received from Debtor's insurance claim are insufficient to repair the home, and Debtor is without the necessary funds to cure this deficiency.

7. That Debtor has been unable to reside in her residence since the damage to her residence occurred; however, Debtor has continued to pay lot rent of $382.00 per month up until Debtor converted in November 2010.

8. Debtor requests that she be allowed to retain the balance of these insurance proceeds to allow Debtor to get back on her feet, including securing adequate automobile insurance for her vehicle, as well as putting funds towards securing new housing.

9. Prior to filing this Motion, Debtor sought the concurrence of Green Tree Servicing, but was unable to come to a resolution on the matter as of this time.

10. Attached is a Proposed Order

**WHEREFORE** Debtor prays this Honorable Court grant her motion and grant what further relief this Court deems equitable and just.

Dated:  December 22, 2010    /s/ Corey M. Carpenter
    WILLIAM R. ORLOW (P41634)
    COREY M. CARPENTER (P67818)
    Attorney for Debtor
    24100 Woodward Avenue
    Pleasant Ridge, Michigan 48069
    248-584-2100
    Corey_Carpenter@comcast.net

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
PAULINE MARIE DARR      CASE NO: 09-63229
             CHAPTER: 7
             JUDGE: SHAPERO

   **Debtors**
_____/

### ORDER GRANTING DEBTORS' MOTION TO RETAIN INSURANCE PROCEEDS

  This matter having come on for hearing before the Court by way of the Debtor's Motion to Retain Insurance Proceeds, service having been made, no response being filed, a certificate of non-response being filed with the Court, and the Court being otherwise fully advised in the premises;

  NOW THEREFORE;

  **IT IS HEREBY ORDERED** that Debtor may retain her portion of insurance proceeds received from American Bankers Insurance Company of Florida from claim #X0090 in the amount of $2,750.38, less amounts paid for inspection fees on the premises.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**PAULINE MARIE DARR**  CASE NO: 09-63229
  CHAPTER: 7
  JUDGE: SHAPERO

  **Debtors**
_____/

## NOTICE OF DEBTOR'S MOTION RETAIN INSURANCE PROCEEDS

Corey M. Carpenter has filed papers with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **WITHIN 14 DAYS,** you or your attorney must:

1. File with the court a written response or an answer, explaining your position at

    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    William R. Orlow
    Attorney for Debtor(s)
    24100 Woodward
    Pleasant Ridge, MI 48069

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: December 22, 2010   /s/ Corey M. Carpenter
  **William R. Orlow (P41634)**
  **Corey M. Carpenter (P67818)**
  **Attorney for Debtor**
  **24100 Woodward**
  **Pleasant Ridge, MI 48069**
  **(248) 584-2100**
  **corey_carpenter@comcast.net**

IN RE:
PAULINE MARIE DARR           CASE NO: 09-63229
                                       CHAPTER: 7
                                       JUDGE: SHAPERO

      **Debtors**
_____/

## CERTIFICATE OF SERVICE

**COREY M. CARPENTER,** hereby certifies that on **December 22, 2010,** he served the **Debtor's Motion To Retain Insurance Proceeds, Proposed Order, Notice Of Debtor's Motion And Certificate Of Service,** in said case upon the following parties via the Court's ECF filing system upon:

**KENNETH NATHAN
CHAPTER 7 TRUSTEE
260 FRANKLIN CENTER
29100 NORTHWESTERN HWY.
SOUTHFIELD, MI 48034**

**GREEN TREE SERVICING
C/O GARY ROGERS
124 WEST ALLEGAN, STE. 1000
LANSING, MI 48933**

And via Regular First Class Mail upon:

**\*\*\*\*\*All Creditors on the Attached Matrix\*\*\*\*\***

                         Respectfully submitted,

                         /s/ Corey M. Carpenter
                         Corey M. Carpenter (P67818)
                         Attorney for Debtor
                         24100 Woodward Avenue
                         Pleasant Ridge, MI 48069
                         (248) 584-2100
                         Corey_carpenter@comcast.net

```
Label Matrix for local noticing              Green Tree Servicing LLC (as assignee of Gre    2
0645-2                                       c/o Gary C. Rogers                              211 West Fort Street
Case 09-63229-wsd                            124 W. Allegan, Suite 1000                      Detroit, MI 48226-3244
Eastern District of Michigan                 Lansing, MI 48933-1716
Detroit
Wed Dec 22 16:20:59 EST 2010

42-2 Judicial District Court                 42-2 Judicial District Court                    42-2 Judicial District Court
Acct No 073463GC                             Acct No 08-3764-GC                              Acct No 081346GC
35071 23 Mile Road                           35071 23 Mile Road                              35071 23 Mile Road
New Baltimore, MI 48047-3649                 New Baltimore, MI 48047-3649                    New Baltimore, MI 48047-3649

42-2 Judicial District Court                 ATT                                             ATT/SBC/-Michigan FACC
Acct No 10-3505LT                            Acct No 24222659                                Acct No D100AME5095088040
35071 23 Mile Road                           C/o West Asset Management                       C/o Debt Credit Services
New Baltimore, MI 48047-3649                 2703 N. Highway 75                              2493 Romig Rd.
                                             Sherman, TX 75090-2567                          Akron, OH 44320-4109

Back to Health Chiropractic                  Bank of America DDA                             (p)CAPITAL ONE
Acct No x65-KL                               Acct No 9317886                                 PO BOX 30285
38165 Utica Rd                               C/o Client Services Inc                         SALT LAKE CITY UT 84130-0285
Sterling Heights, MI 48312-1767              3451 Harry S. Truman Blvd.
                                             Saint Charles, MO 63301-4047

Capital One                                  Cash Connection c/o JJ Marshall                 Christian Financial Credit Union
Acct No 517805246852                         6060 Collection Dr                              Acct No 206000002841
PO Box 30281                                 PO Box 182190                                   18441 Utica Rd.
Salt Lake City, UT 84130-0281                Shelby Township MI 48318-2190                   Roseville, MI 48066-4202

Christian Financial Credit Union             DTE Energy                                      DTE Energy
c/o Butler, Butler & Rowse-Oberle PLLC       Acct No xxxxxxxx0036                            One Energy Plaza
24525 Harper Ave. Ste. 2                     C/o NCO Financial Systems Inc                   2160 WCB
St. Clair Shores, MI 48080-1286              507 Prudential Rd                               Detroit, MI  48226
                                             Horsham, PA 19044-2308

Eastpointe Radiologists                      Eastpointe Radiologists                         First Premier Bank
Acct No xxxx3766                             Acct No xxxxxx76-02                             Acct No 517800733150
36175 Harper Avenue                          36175 Harper Avenue                             601 S. Minnesota Ave.
Clinton Township, MI 48035-3274              Clinton Township, MI 48035-3274                 Sioux Falls, SD 57104-4824

Fitness USA Supercenters                     General Radiology Associates                    General Radiology Associates
Acct No 7426                                 Acct No 123164976                               Acct No 124348288
C/o National Credit Corp                     C/o Credit Services Inc.                        C/o Credit Services Inc.
7091 Orchard Lake Rd.                        304 Quincy St.                                  304 Quincy St.
West Bloomfield, MI 48322-3654               Hancock, MI 49930-1802                          Hancock, MI 49930-1802

General Radiology Associates P.C.            (c)GREEN TREE SERVICING LLC                     (p)GREENTREE SERVICING LLC
c/o Credit Services Inc.                     ACCT NO 5250                                    BANKRUPTCY DEPARTMENT
Ste. 200                                     332 MINNESOTA ST STE E610                       P O BOX 6154
Marquette, MI 49855                          SAINT PAUL MN  55101-1311                       RAPID CITY SD 57709-6154

Green Tree Servicing LLC                     Green Tree Servicing LLC                        HENRY FORD MACOMB C/O MMCC
PO BOX 0049                                  c/o Gary Rogers                                 ACCT# xxx3651
PALATINE, IL  60055-0049                     124 W. Allegan                                  6324 TAYLOR DR. FLINT, MI 48507
                                             Suite 1000
                                             Lansing, MI 48933-1716
```

| | | |
|---|---|---|
| HENRY FORD MACOMB C/O MMCC xxx2920<br>6324 TAYLOR DR.<br>FLINT, MI 48507-4680 | MCG E.R. C/O MMCC<br>ACCT# xxx4432<br>6324 TAYLOR DR. FLINT, MI 48507 | MCG ER Charles MOK DO PC<br>Acct No 3897413<br>C/o Merchants & Medical<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 |
| MCG ER Glenn A Delong DO<br>Acct No 4484432<br>C/o Merchants & Medical<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 | MCG ER Glenn A Delong DO<br>Acct No 4595982<br>C/o Merchants & Medical<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 | Matthew Good<br>59133 Faye St.<br>New Haven, MI 48048-2055 |
| Midwest Diagnostic Imaging<br>Acct No 314360333308<br>C/o Accurate Account Solutio<br>4631 W. Walton Blvd.<br>Waterford, MI 48329-3536 | Mohammad K. Al-Zouhayli MD<br>Acct No 081346GC<br>C/o Richard Muller, Esq<br>33233 Wooward<br>PO Box 3026<br>Birmingham, MI 48012-3026 | Mohammad K. Al-Zouhayli MD<br>Acct No 1118343<br>C/o Congress Collection Corp.<br>24901 Northwestern Hwy.<br>Ste. 300<br>Southfield, MI 48075-2207 |
| Mt. Clements Reg. Med. Ctr.<br>Acct No 073463GC<br>C/o Paul Ingber, Esq.<br>3000 Town Center Ste. 2390<br>Southfield, MI 48075-1122 | Premier Bank Card, Inc.<br>Acct No 44707050<br>Arrow Financial Service<br>5996 W. Touhy Ave.<br>Niles, IL 60714-4610 | Professional Emergency Care<br>Acct No xxxx2772<br>C/o Law Office of George Gusses Co LPA<br>33 S Huron St<br>Toledo, OH 43604-8705 |
| Professional Emergency Care<br>Acct No xxxxx2515<br>PO Box 1257<br>Troy, MI 48099-1257 | Riverbrook Trailer Park<br>59477 Hardy Lane<br>New Haven, MI 48048-2065 | Riverbrook Trailer Park<br>Acct No 10-3505LT<br>59477 Hardy Lane<br>New Haven, MI 48048-2065 |
| Riverbrook Trailer Park<br>Acct No xx-xx05LT<br>C/o Swistak & Levins PC<br>30445 Northwestern Hwy #140<br>Farmington Hills, MI 48334-3174 | Security Check LLC<br>Acct No 841<br>2612 Jackson Ave. W.<br>Oxford, MS 38655-5405 | Semco Energy<br>Acct No 036888501<br>PO Box 740812<br>Cincinnati, OH 45274-0812 |
| Semco Energy<br>Acct No xxxx8502<br>C/o Midwestern Audit Services Inc<br>PO Box 725129<br>Berkley, MI 48072-5129 | Sprint<br>Acct No 11483735<br>C/o Harvard Collection<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 | Sprint<br>Acct No 15932721<br>C/o Enhanced Recovery Corpor<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| Sprint<br>Acct No 18078587<br>C/o Enhanced Recovery Corpor<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 |
| St Clair Estates c/o JJ Marshall<br>6060 Collection Dr<br>PO Box 182190<br>Shelby Township MI 48318-2190 | St. Clair Estates Clinton Twp.<br>Acct No 08-3764-GC<br>C/o Dean J. Ausilio, Esq<br>6060 Collection Dr. #100<br>Shelby Twp., MI 48316-4946 | St. Clair Estates Clinton Twp.<br>Acct No 1170661<br>C/o JJ Marshall & Assoc<br>6060 Collection Dr.<br>Shelby Twp., MI 48316-4946 |
| St. John Macomb ER Physicians<br>Acct No 65393<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 | St. John Macomb ER Physicians<br>Acct No 98094376<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 | St. John Medical Resource Group<br>Acct No 5129812<br>C/o NCO Fin/55<br>PO Box 13570<br>Philadelphia, PA 19101 |

| | | |
|---|---|---|
| U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | Urgent Care<br>Acct No xxxxxxxx7-919<br>C/o Merchant & Medical Corp<br>6324 Taylor Dr<br>Flint, MI 48507-4680 | Urgent Care<br>Acct No xxxxxxxxx-0051<br>C/o Merchant & Medical Corp<br>6324 Taylor Dr<br>Flint, MI 48507-4680 |
| eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Carla Mitri<br>Orlow and Cardasis<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | Corey M. Carpenter<br>24100 Woodward Ave<br>Pleasant Ridge, MI 48069-1138 |
| Kenneth Nathan<br>260 Franklin Center<br>29100 Northwestern Highway<br>Southfield, MI 48034-1046 | Pauline Marie Darr<br>59133 Faye St.<br>New Haven, MI 48048-2055 | William R. Orlow<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Green Tree Servicing LLC<br>Acct No 525022703<br>Mailstop L 800M<br>800 Landmark Tower's<br>345 St. Peter St.<br>Saint Paul, MN 55102 | (d)Green Tree Servicing LLC<br>Bankruptcy Department<br>P.O. Box 6154<br>Rapid City, SD 57709 |
| (d)Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing LLC
Acct No 5250
332 Minnesota St.
Ste. 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Christian Financial Credit Union | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients    1<br>Total    69 |